## WILLIAM L. WALLEN

*v.*

## SILAS M. MOORE.

*Opinion filed October 19, 1900.*

This case is controlled by the decision in *Wallen* v. *Moore*, (*ante,* p. 190.)

*Wallen* v. *Moore*, 88 Ill. App. 287, affirmed.

APPEAL from the Branch Appellate Court for the First District;—heard in that court on appeal from the Superior Court of Cook county; the Hon. FARLIN Q. BALL, Judge, presiding.

GEORGE E. LEONARD, for appellant.

ULLMANN & HACKER, for appellee.

Per CURIAM: The question involved in this case is the same as the question decided in the case of *Wallen* v. *Moore*, (*ante*, p. 190.)  The decision in that case governs and controls the decision in this case.  Accordingly, the judgment of the Appellate Court will be affirmed.

*Judgment affirmed.*